# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00751-CV

**Vance Allan Black, Appellant**

**v.**

**Alyssa Lea Black, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
NO. D-1-FM-16-002862, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Vance Allan Black filed a notice of appeal on November 3, 2016, with the trial court. On December 28, 2016, the Clerk of this Court advised appellant that it did not appear that a final judgment existed in this cause and directed the parties to obtain a final judgment and request that the district court clerk prepare a record containing appropriate documents to support this Court's jurisdiction over this appeal. *See* Tex. R. App. P. 27.2. The Clerk also notified appellant that, if the record was not filed by January 9, 2017, the appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). No record has been filed, and appellant has not otherwise responded. We dismiss the appeal for want of jurisdiction. *See id.*

_____

Melissa Goodwin, Justice

Before Justices Puryear, Pemberton, and Goodwin

Dismissed for Want of Jurisdiction

Filed:   February 3, 2017